**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 25, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: Alexander     vs.  Captain D's, LLC
RE: Case Number:2:05cv797-C

Referenced Docket Entry -   Notice of Removal - Doc. No. 2]

**This Notice of Correction was  filed in the referenced case on this date to attach complaint to PDF document - Notice of Removal ..  Please see the correct PDF document to this notice.**