# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 2, 2005

# NOTICE OF REASSIGNMENT

Re:   Tammy Alexander v. Captain D's, LLC
        Civil Action No. 2:05cv797-C

The above-styled case has been  reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 2:05cv797-T. This new case number should be used on all future correspondence and pleadings in this action.