**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TAMMY ALEXANDER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CASE NO. 2:05-cv-00797-MHT |
| | ) |
| **CAPTAIN D's, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION FOR PROTECTIVE ORDER**

**Captain D's LLC** ("Captain D's" or "Defendant") moves the Court to enter a protective order to preserve the evidence in this case on the following grounds:

1. In this action Plaintiff alleges that she purchased from Defendant a beverage that contained a bleach-like substance. She further alleges that she consumed the beverage and suffered injury. Defendant has not yet had an opportunity to examine, inspect, photograph, and test the subject beverage made the basis of this lawsuit.

2. The beverage should be preserved until the conclusion of this litigation because irreversible prejudice could result if the beverage is damaged, lost, changed, altered, or otherwise disposed of prior to the conclusion of this litigation (including any appeals).

WHEREFORE, PREMISES CONSIDERED, Defendant moves this Court to enter an order prohibiting the party, the party's representatives, attorneys, agents, expert witnesses, or any other person from disposing of, selling, altering, or changing the beverage, including any portion thereof, made the basis of this suit.

A proposed order granting this motion is attached for the Court's consideration.

1/1367103.1

Respectfully submitted,

s/ Angela R. Rogers
Charles A. Stewart, III (STE067)
Angela Raines Rogers (RAI017)
**Bradley Arant Rose & White LLP**
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email:  cstewart@bradleyarant.com
Email:  arogers@bradleyarant.com

**Attorneys for Defendant
Captain D's, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin H. Farrow
The Anderson Law Firm
7515 Halcyon Pointe Drive
Montgomery, AL  36117
Email:  bfarrow@theandersonlawfirm.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

Respectfully submitted,

s/ Angela R. Rogers
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: arogers@bradleyarant.com

1/1367103.1