# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **TAMMY ALEXANDER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CASE NO. 2:05-cv-00797-MHT** |
| | ) |
| **CAPTAIN D's, LLC,** | ) |
| | ) |
|     **Defendant.** | ) |

**ORDER ON MOTION FOR PROTECTIVE ORDER**

**Captain D's LLC** filed herein a Motion for Protective Order. Upon consideration of the matters contained in said motion and for good cause shown, it is

ORDERED that said motion be and hereby is GRANTED. It is further ORDERED that the parties, the parties' representatives, attorneys, agents, expert witnesses, and any other person or party are hereby prohibited from disposing of, selling, altering, changing, or conducting destructive testing on the beverage, including any portion thereof, made the basis of this suit.

DONE and ORDERED this _____ day of _____, 2005.

 

_____
MYRON H. THOMPSON
DISTRICT JUDGE

cc:    Charles A. Stewart III
       Angela R. Rogers
       Benjamin H. Farrow