IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:05-CV-797-T |
| | ) |
| CAPTAIN D'S, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is defendant's motion for a protective order (doc. # 5) filed on September 9, 2005.  The plaintiff has no objection to the entry of this order.  Accordingly, it is

ORDERED that the defendant's motion for a protective order (doc. # 5) be and is hereby GRANTED.  It is further

ORDERED that the parties, the parties' representatives, attorneys, agents, expert witnesses, and any other person or party are hereby prohibited from disposing of, selling, altering, changing, or conducting destructive testing on the beverage, including any portion thereof, made the basis of this suit.

Done this 12th day of September, 2005.

      /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE