IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY ALEXANDER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:05-cv-00797-MHT-CSC |
| | ) |
| CAPTAIN D's, LLC, | ) |
| | ) |
|     Defendant. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), the following attorneys have conferred regarding proposed deadlines in this case and submit the following joint report:

    Benjamin H. Farrow, representing the Plaintiff; and

    Charles A. Stewart III and Angela R. Rogers, representing the Defendant.

2. **Pre-Discovery Disclosures**. The parties shall exchange the information required by Rule 26(a)(1) within 21 days of the entry of the Court's scheduling order.

3. **Discovery Plan**. The parties jointly propose the following discovery plan:

    (1) All discovery commenced in time to be completed by August 1, 2006.

    (2) Maximum of 10 depositions for the Plaintiff and 10 depositions for the Defendant, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties. These limitations do not include depositions of witnesses designated below in Paragraph 4, Subsection 2, as experts. Each party is entitled to a deposition of each designated expert, not to exceed 7 hours per deposition.

    (3) Maximum of 45 Interrogatories by each party, with responses due within thirty days after service.

    (4) Maximum of 20 Requests for Admissions by each party, with responses due within thirty days after service.

    (5)    Maximum of 30 Requests for Production by each party, with responses due within thirty days after service.

    (6)    Supplements under Fed.R.Civ.P. Rule 26(e), are due 30 days before the close of discovery.

4. **Other Items**.

    (1)    The parties do not request a conference with the Court before entry of the scheduling order.

    (2)    Reports from retained experts under Rule 26(a)(2) F.R.C.P. are due from the plaintiff by March 1, 2006, and any such experts shall be made available for deposition by no later than April 1, 2006. Reports from retained experts from the defendant are due by May 1, 2006, and any such experts shall be made available for deposition by not later than June 1, 2006.

    (3)    The parties request a pretrial conference in September 2006.

    (4)    All potentially dispositive motions should be filed by June 15, 2006.

    (5)    Any motions to amend the pleadings or to join additional parties should be filed within 90 days of the entry of the Court's scheduling order.

    (6)    Settlement and mediation cannot realistically be evaluated until the parties conduct further discovery.

    (7)    Final list of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

        a.    By the Plaintiff: 30 days before trial; and

        b.    By the Defendant: 30 days before trial.

    (8)    Objections are to be filed within 15 days after receipt of final list.

    (9)    This case should be ready for trial during the jury trial term of October 2, 2006.

    (10)    Trial is expected to last 2-3 days.

The attorneys for the parties jointly prepared this Report of the Parties' Planning Meeting, and counsel for the Plaintiff has reviewed this report and given permission to Defendant's counsel to electronically file it with the Court on behalf of the parties.

Respectfully submitted this 14th day of September, 2005.

/s/ Angela R. Rogers
Charles A. Stewart, III (STE067)
Angela R. Rogers (RAI017)
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: cstewart@bradleyarant.com
Email: arogers@bradleyarant.com
**ATTORNEYS FOR DEFENDANT**

and

Benjamin H. Farrow
The Anderson Law Firm, LLC
7515 Halcyon Point Drive
Montgomery, Alabama 36117
Telephone: 334-272-9880
Facsimile: 334-272-2551
Email: bfarrow@theandersonlawfirm.com
**ATTORNEY FOR PLAINTIFF**

1/1371602.1