**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TAMMY ALEXANDER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 2:05-cv-00797-MHT-CSC |
| | ) |
| **CAPTAIN D's, LLC,** | ) |
| | ) |
|     **Defendant.** | ) |

## MOTION TO ENTER HIPAA ORDER

**Captain D's, LLC** (hereinafter "this Defendant"), requests that this Court enter the attached Order to authorize the disclosure and production, upon compliance with the Federal Rules of Civil Procedure, of health information relating to the Plaintiffs pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). In support of this motion, Defendant states as follows:

    1.    Plaintiff's medical conditions are at issue in this case.

    2.    Defendant has contacted Plaintiff's counsel regarding this motion. Plaintiff's counsel has no objections to the filing of this motion.

    3.    Federal privacy regulations issued pursuant to HIPAA impose restrictions on the disclosure of certain health information.

    4.    The attached Order is the standard HIPAA Order currently used in the United States District Court, Northern Division, and counties where subpoenas for health information

are sought. The Order will provide authorization for the disclosure of health information and payments related to the Plaintiff in this case.

WHEREFORE, Defendant respectfully requests that this Court enter the attached standard HIPAA Order.

        Respectfully submitted,

        s/ Angela R. Rogers
        Charles A. Stewart, III (STE067)
        Angela Raines Rogers (RAI017)
        **Bradley Arant Rose & White LLP**
        Alabama Center for Commerce
        401 Adams Avenue, Suite 780
        Montgomery, AL 36104
        Telephone: (334) 956-7700
        Facsimile: (334) 956-7701
        Email: cstewart@bradleyarant.com
        Email: arogers@bradleyarant.com

        **Attorneys for Defendant**
        **Captain D's, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Benjamin H. Farrow
    The Anderson Law Firm
    7515 Halcyon Pointe Drive
    Montgomery, AL  36117
    Email:  bfarrow@theandersonlawfirm.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

                Respectfully submitted,

                s/ Angela R. Rogers
                Angela R. Rogers (RAI017)
                Bradley Arant Rose & White LLP
                The Alabama Center for Commerce
                401 Adams Avenue, Suite 780
                Montgomery, AL 36104
                Telephone: (334) 956-7700
                Facsimile: (334) 956-7701
                E-mail: arogers@bradleyarant.com