IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 22  P 2: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TAMMY ALEXANDER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.2:05-cv-00797-MHT-CSC |
| CAPTAIN D's LLC, | ) |
| Defendant. | ) |

## MOTION TO REMAND

NOW INTO COURT, comes Plaintiff Tammy Alexander and moves the Court to Remand this matter back to Montgomery County Circuit Court pursuant to 28 U.S.C.A. § 1447(c) on the grounds that Defendant can not support its contention that "the amount-in-controversy exceeds $75,000" (Notice of Removal, paragraph 15) as required by 28 U.S.C. §1332(a). This motion is based upon the pleadings in this case, the deposition of Ms. Tammy Alexander, and the accompanying Memorandum of Law.

RESPECTFULLY SUBMITTED this 22nd day of May, 2006.

_____
BENJAMIN H. FARROW (FAR040)
Attorney for Tammy Alexander

OF COUNSEL:

THE ANDERSON LAW FIRM, LLC
7515 Halcyon Pointe Drive
Montgomery, AL 36117
(334) 272-9880

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date mailed a true and correct copy of the foregoing to the following counsel of record at his proper mailing address by depositing a copy of same in the United States Mail, First Class, postage prepaid and affixed thereto; this the 22nd day of May, 2006.

_____
OF COUNSEL

Angela R. Rogers
Bradley Arant Rose & White LLP
Alabama Center of Commerce
401 Adams Av., Ste. 780
Montgomery, Alabama 36104