IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY ALEXANDER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv797-T |
| | ) | |
| CAPTAIN D'S, LLC, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that plaintiff's motion to remand (doc. no. 12) is set for submission, without oral argument, on June 6, 2006, with all briefs due by said date.

DONE, this the 23rd day of May, 2005.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE