# EXHIBIT A

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 1

1    IN THE UNITED STATES DISTRICT COURT FOR

2          THE MIDDLE DISTRICT OF ALABAMA

3              NORTHERN DIVISION

4                                      ORIGINAL

5    TAMMY ALEXANDER,

6          Plaintiff,

7    vs.          CASE NO:2:05-cv-00797-MHT-CSC

8    CAPTAIN D'S, LLC,

9          Defendant.

10

11          *      *      *      *      *

12

13          DEPOSITION OF TAMMY ALEXANDER,

14   taken pursuant to notice and stipulation

15   on behalf of the Defendant, at The

16   Anderson Law Firm, 7515 Halcyon Pointe

17   Drive, Montgomery, Alabama, before Nicole

18   Paulk, Certified Shorthand Reporter and

19   Notary Public in and for the State of

20   Alabama at Large, on March 20, 2006,

21   commencing at 2:35 p.m.

22

23

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 38

```
 1   Q.    Okay.  Now, before he got there, did you
 2         have any other kind of conversations with
 3         one of the girls that was up front other
 4         than what you just told me about?
 5   A.    She asked me, she said -- she said --
 6         well, this is exactly what she told me.
 7         She was like, well --
 8   Q.    Wait.  Are we talking about the one who
 9         made the tea or the cashier?
10   A.    The one who made the tea.  She was like,
11         well, I was cleaning out the tea, and she
12         was like, I forgot, because I'm supposed
13         to be getting off work earlier.  So the
14         girl was like -- the one who took the
15         money, that's the one who was taking the
16         order, she was like, well, why you didn't
17         empty the Clorox out the tea urn.  And
18         then she was like, are you sure it's
19         Clorox?  I'm like, I'm positive.  And
20         that's when she got the cup, you know --
21   Q.    The person who made the tea took the cup
22         from you?
23   A.    Yeah.  She tried to pour it out, tried to
```

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 39

1          pour the tea out.

2    Q.    Was she going to make you some more tea or

3          something?

4    A.    No, after she smelled it, she tried to

5          pour it out.  And then my husband like,

6          no, give me the cup, because it's Clorox.

7    Q.    So she was going to pour it out and your

8          husband took it back from her?

9    A.    Took it back from her.

10   Q.    Anything else that y'all talked about

11         before -- either you or your husband and

12         those two girls before the manager got

13         there?

14   A.    No.

15   Q.    So then when the manager got there, what

16         was the first thing y'all talked about?

17   A.    He was like, what's happening.  And then

18         that's when the cashier came and said such

19         and such -- I forgot the name -- Shaunda

20         or something.  She called the girl's name.

21         She was like, well, she left the Clorox in

22         the tea urn.  And he was like, well, I

23         can't believe this, you know.  And then

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 43

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | And then did you have a conversation with |
| 3 | | anybody else after you hung up the phone? |
| 4 | A. | No, because my throat was like burning, so |
| 5 | | I was like, well, it's like burning.  So |
| 6 | | he was like, well, let me look in the back |
| 7 | | of my mouth or whatever, so that's when he |
| 8 | | looked in the back of it. |
| 9 | Q. | Who is "he"? |
| 10 | A. | My husband.  That's when he looked in the |
| 11 | | back of my throat and he was like, well, |
| 12 | | it's red. |
| 13 | Q. | Were y'all still in Captain D's when this |
| 14 | | happened? |
| 15 | A. | Yes.  The guy manager was standing next to |
| 16 | | me.  He was like, well, just go to the |
| 17 | | emergency room. |
| 18 | Q. | The manager said that? |
| 19 | A. | Yes. |
| 20 | Q. | Were y'all still in that same area between |
| 21 | | the waiting area and the dining room? |
| 22 | A. | Yes, uh-huh. |
| 23 | Q. | And was the cashier and the lady who made |

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 46

```
 1              like an older lady -- and there was like a
 2              couple guys inside there and they came up
 3              behind me and was like, are you all right.
 4              And they was like, when they opened the
 5              lid, you could smell it.  I mean, that's
 6              how strong.  They smelled it.
 7    Q.        The other customers smelled it?
 8    A.        Yes.  He opened the lid up.
 9    Q.        Who?
10    A.        When my husband took the lid off of the
11              cup, that's when I -- well, when I told
12              him, I said, take that Clorox, so he took
13              the lid off the cup.  And that's when his
14              eyes were burning and that's when the
15              people that was waiting in the area -- I
16              mean, one lady made a statement like, oh,
17              my god, you know.
18    Q.        Okay.  You took a swallow, and did you
19              ever take the lid off the cup, or did he
20              take the lid off the cup, "he" being your
21              husband?
22    A.        He took the lid off the cup because I took
23              a swallow.
```

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 52

1          -- well, when I got to the emergency room,
2          I came in and signed my name.  So they
3          asked me what had happened, and I was
4          like, well, I got an irritation from some
5          Clorox.  And she asked me to sign my name
6          and the doctor was going to wait on me in
7          a few minutes.  So about five minutes
8          later, they called me in to get my blood
9          pressure.  He asked me, the guy who was
10         taking the blood pressure, the nurse asked
11         me, why is your blood pressure so high.  I
12         was like, I have no clue why it's so high.
13         And he was like, well, your blood pressure
14         is extremely high.

15    Q.   Do you remember what it was?

16    A.   I know it was like 1 something over like
17         -- the bottom number was 90.  That was --
18         he said it was too high to be, you know...

19    Q.   Let me back up for just a second.  When
20         you were at Captain D's and you first
21         drank the tea, did you feel something
22         immediately or did it take a few minutes
23         or how did that come about?

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 53

```
 1    A.    When I took a sip, I didn't feel -- I felt

 2          it like a couple seconds later, that's

 3          when it started burning.

 4    Q.    And this probably is going to be a hard

 5          question, but you said it was burning.

 6          What kind of burning, if you can describe

 7          it?  Was it continuous or like a throbbing

 8          or how did it feel?

 9    A.    You know how you catch your finger and you

10          have a little cut?  It was like a burning,

11          you know, like...

12    Q.    So it burned like a cut would burn?

13    A.    Burned -- yeah.  Like burning.  It was

14          like just burning.  It was burning.

15    Q.    Okay.  That's fine if that's all you can

16          do.  Did it burn continuously between the

17          time you got from Captain D's to the

18          emergency room or was it an on and off

19          kind of thing?

20    A.    Yeah, because he stopped and got me some

21          water.

22    Q.    Who is "he"?

23    A.    My husband.
```

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 54

1    Q.    Where did y'all stop to get water?

2    A.    We stopped at BP.  I think it was Chevron

3          then, but they changed the name to BP gas

4          station.

5    Q.    Where was that?

6    A.    Right down from Montgomery Mall.

7    Q.    So in between the mall and the hospital?

8    A.    It's in front of it, yeah.  In front of

9          the mall.

10   Q.    Other than the burning in your throat, was

11         there anything else that you felt while

12         you were at Captain D's?

13   A.    No.

14   Q.    Okay.  What about on the drive from

15         Captain D's to the hospital, was there

16         anything else that you felt besides the

17         burning?

18   A.    No.  I felt like I had to throw up, so

19         that's why I told him to get me some

20         water.

21   Q.    So did that start while you were on your

22         way to the hospital?

23   A.    Yes.

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 57

1          waiting area?

2     A.   No.   The waiting area is like in the

3          front, then they have a room that's across

4          from the waiting area.   They take you in

5          that room first, and then they take your

6          blood pressure.

7     Q.   Like an intake room or something?

8     A.   Yes, uh-huh.

9     Q.   Okay.   What else did that person talk to

10         you about?

11    A.   He told me to wait here for a minute, and

12         that's when the other nurse came in; it

13         was a female.   She told me to follow her

14         to the back.

15    Q.   The person that you -- when you first got

16         to the emergency room, did you -- there's

17         like a reception area, I guess?

18    A.   Yes.

19    Q.   And you told them what had happened?

20    A.   Yes.

21    Q.   What exactly did you tell them?

22    A.   I told them I had -- I didn't get into the

23         details of what had just happened.   I told

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 59

1      usually just take your blood pressure and

2      send you back to the emergency room; I

3      went directly to the back.

4   Q.   Do you know how long it was between the

5      time you got there and you went to the

6      back?

7   A.   I'm going to say at least about 15, 20

8      minutes.

9   Q.   And a female nurse was the person who took

10      you back there?

11   A.   Yes.

12   Q.   Okay.  And then what happened when you got

13      to the back?

14   A.   When I got to the back, another person

15      came in, a female came in.  It wasn't the

16      female that came and got me.

17   Q.   A different one?

18   A.   Yes.  She came back in and took my blood

19      pressure again.

20   Q.   Do you remember what your blood pressure

21      was then?

22   A.   It was still the same.  And she asked me

23      why it was so high, and I was like, I

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 60

1       don't know.

2   Q.   Was this a nurse or was this a doctor?

3   A.   This was a nurse, a female nurse at the

4       time.

5   Q.   And did you talk to her about what had

6       happened, or what kind of conversation did

7       you have with her?

8   A.   I told her I think I may have drunk some

9       Clorox or whatever and my throat was

10      burning and I felt like I had to throw up.

11      So she was like, okay, I'll be right back.

12      That's when she came back in with the

13      doctor, a black male.

14   Q.   Do you remember his name?

15   A.   No.

16   Q.   Just whoever was on staff at the ER that

17      night?

18   A.   Yes.

19   Q.   And then what happened when you saw the

20      doctor?

21   A.   Well, he came in and asked me why was my

22      blood pressure so high.  I mean, they just

23      kept asking me why was it so high.  I was

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 61

```
 1              like, I don't know.  Then I said I think
 2              -- I don't know for sure, you know, you
 3              need to check, because my throat is
 4              burning real bad.  So that's when he told
 5              me to open my mouth and he looked back,
 6              and he was like, well, it is red, you
 7              know, it's like irritated in the back.
 8       Q.    Where was your husband and your daughter
 9              at this time?
10       A.    In the waiting room.
11       Q.    The outside waiting room?
12       A.    Yes.
13       Q.    And what else happened while the doctor
14              was seeing you?
15       A.    Well, he came back -- he left out the room
16              and he came back in, and he's like, why is
17              your throat so irritated?  Why is it so
18              red in the back?  I said, I think I just
19              drank some Clorox.  And he's like, well,
20              that's not a good thing, you know.
21       Q.    He didn't talk to you about that when he
22              first came in?
23       A.    Yes, he said something to me, but he left
```

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 62

1     back out.  Because I told him it was

2     burning because I kept drinking the water

3     or whatever.  And I was like, can you give

4     me something to make the pain -- that's

5     when he left to go get me some green stuff

6     in a cup.

7  Q.   When he left to go get the green stuff in

8     the cup, did he already know that you

9     thought you had drunk Clorox?

10  A.   Yes, because the girl -- I think the nurse

11    told him.  I think he told me that wasn't

12    a good thing before he left and got the

13    green cup, because I think she had already

14    told him.  You know, they had wrote it on

15    their little chart, you know, what's wrong

16    with the patient.

17  Q.   Do you know what was in the green cup?

18  A.   It's stuff that make it numb, you know.

19    You take a swallow and it numbs your whole

20    mouth.

21  Q.   Did you take just one swallow or did you

22    have to drink the whole cup?

23  A.   I had to drink the whole cup.

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 63

1   Q.    Do you remember how big the cup was?

2   A.    It was like a little cup, you know, like a

3         little...

4   Q.    Like a little 6 ounce?  Was it as much as

5         a Coke can or Dr. Pepper can?

6   A.    No, you know how the little water thing

7         you pull the water cup from, they be like

8         the small little cups.

9   Q.    Okay.  So smaller than a Coke can?

10  A.    Yes.

11  Q.    Okay.  And how long did the numbing

12        feeling last after you drank that cup?

13  A.    Well, it went numb immediately, you know.

14  Q.    Okay.  Do you remember how long the

15        numbness lasted?  Was it numb the whole

16        time you were there?

17  A.    Yes.

18  Q.    Okay.  Do you remember how long you were

19        in the emergency room that night?

20  A.    About an hour, two hours, because they

21        kept checking my blood pressure.

22  Q.    Have you ever had any blood pressure

23        problems before?

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 64

1    A.    Except the time when I was pregnant.

2          That's because I had -- I was diabetic at

3          the time.

4    Q.    Gestational diabetes?

5    A.    Yes.

6    Q.    Okay.  What else did the doctor say about

7          -- or say to you when you were there?

8    A.    He was like -- I'm trying to remember,

9          because it's been -- it's been three

10         years.

11   Q.    Did he tell you what he thought was wrong

12         with you?

13   A.    Oh, tell me what was wrong with me, why it

14         was burning?

15   Q.    Did he give you any kind of diagnosis or

16         say what to expect or give you any

17         medicine?

18   A.    He said -- now, I know he told me to

19         expect hoarse, like --

20   Q.    Hoarseness?

21   A.    Yeah, because I had lost my voice.  Like

22         the next day prior to the accident I had

23         lost my voice.

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 69

```
 1   A.    That's when I slept for two hours and I

 2         felt like I had to throw up, so I went and

 3         got up; I started throwing up.  So he

 4         asked me was I all right.  I just told him

 5         to give me something, you know, like to

 6         ease the pain, like some crackers.  You

 7         know how you been throwing up for a

 8         minute, you're just tired?  So he got in

 9         there and gave me some crackers.  He left

10         and went to the store.

11   Q.    Who is "he"?

12   A.    My husband.  He left and went to the store

13         and got me a Sprite.

14   Q.    Where did he go?

15   A.    He went to Winn Dixie.

16   Q.    Do you remember which Winn Dixie?

17   A.    It was over there by Pinebrook off Atlanta

18         Highway.

19   Q.    And do you remember what time it was when

20         you started throwing up?

21   A.    It was around about 2:30.

22   Q.    So this would be like 2:30 in the morning

23         on the 15th of July?
```

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 70

1    A.    Yes.

2    Q.    Okay.  And do you remember how many times

3          you threw up or how long it lasted?

4    A.    About two times.  I mean, it lasted

5          probably like about three to five minutes.

6          Not, you know, just -- I didn't leave from

7          the toilet for about like five minutes.

8    Q.    And then what do you remember after that?

9    A.    That's it.  I went back to sleep.

10   Q.    Did you sleep the full night, or --

11   A.    I slept the rest of the night.

12   Q.    Did you take any of your prescription

13         medicines?  When is the first time you

14         took your prescription medicine after you

15         got it filled?

16   A.    That night.

17   Q.    Like when you got home?

18   A.    I took the liquid kind.  I took -- I

19         remember taking it.  I didn't take the

20         pain pills because I wasn't like -- you

21         know, didn't need it right then.  So I

22         took that.

23   Q.    So did you take it as soon as you got home

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 71

```
 1              or when you were throwing up or --

 2    A.    No, I took it when I got home.

 3    Q.    So you took the liquid medicine when you

 4          got home?

 5    A.    Yes.

 6    Q.    And then did you go to bed?

 7    A.    About like 15 minutes later I went to bed.

 8    Q.    And then it was a couple hours after that

 9          --

10    A.    That's when I woke up, you know.

11    Q.    And you're saying -- is that when you

12          started throwing up?

13    A.    Yes.

14    Q.    And then you said you slept the rest of

15          the night?

16    A.    Yes.

17    Q.    So tell me about the next day when you

18          woke up.

19    A.    The next day when I woke up, it was like

20          my voice would go in and out.  My husband

21          asked me how was I feeling.  I said, I'm

22          feeling fine.  So that's --

23    Q.    Do you remember if you were feeling any
```

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 72

1           symptoms when you woke up?

2    A.     I was still like nauseated.

3    Q.     What about the burning?

4    A.     The burning had eased down some.

5    Q.     Do you remember what day of the week it

6           was when it happened, when you went to

7           Captain D's?

8    A.     If I'm not mistaken, it was Wednesday.

9    Q.     So were you supposed to go to work the

10          next day, on Thursday?

11   A.     Yes.

12   Q.     Okay.  So you were nauseated but the

13          burning had eased up at that point?

14   A.     Yes.

15   Q.     Did you take more medicine, or what

16          happened?

17   A.     I kept taking, you know, for the numbing,

18          because it felt like it was like itching,

19          you know, like -- you know, I just felt

20          bad, so I took that to ease it down.

21   Q.     Did you go to work that day?

22   A.     No.  I went to the shop because I had to

23          get some stuff out of the desk that I had

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 74

1    Q.    In the summer?

2    A.    They had cheerleader camp, so they go to

3          like Brewbaker or whatever, so she stayed

4          over there.

5    Q.    Both of your children go to Brewbaker?

6    A.    No.  I mean, they don't go to Brewbaker.

7          She was at camp at Brewbaker.

8    Q.    Okay.  So she was already at your mom's?

9    A.    Yes.

10   Q.    Okay.  So are you saying the next morning

11         is when --

12   A.    My husband dropped Joniya off.

13   Q.    And he went by himself?

14   A.    Yes.

15   Q.    What's your mother's name?

16   A.    Delois Boyd.

17   Q.    Okay.  Did he come back and get you to go

18         to work or did you drive yourself or how

19         did you get there?

20   A.    He came back and got me because I told him

21         I had needed to use the car but on the

22         medication, it said no driving, so I asked

23         my sister to drive me to the -- you know,

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 75

1    drive me around and do whatever I had to

2    do.

3    Q.   To go to work, or you were doing errands?

4    A.   No, I wasn't going to work.  I was going

5         to -- I had something to do for my baby

6         for cheerleader camp, and I think I was

7         doing stuff for her at that time.  I think

8         it was like -- I know I did something for

9         her that day.

10   Q.   So did you go to work at all that day?

11   A.   No.  I went to the location, but I didn't

12        do any kind of work.

13   Q.   How did you get to the location?

14   A.   My husband came back and got me when he

15        dropped Joniya off, then we went to the

16        job.  Because he didn't want to risk,

17        like, leaving me there by myself, so he

18        asked me to go with him, you know, to go

19        to the job and just lay down in the back.

20        Because we have like a back -- like a

21        little back office or whatever, so I went

22        to the back to lay down until my sister

23        got there.

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 76

```
 1   Q.   You said you had something to do, that was

 2        why you went to the office, because you

 3        had something to do?

 4   A.   Yes, I had to get something out of the

 5        desk that I had to send in for my baby.

 6        That's why I said it was related to her

 7        cheerleader, that she had to have turned

 8        in by Friday, so...

 9   Q.   Is that the first thing you did that day

10        or the first place you went, was --

11   A.   To the office, yeah.

12   Q.   How long were you there?

13   A.   I stayed there till about one o'clock,

14        because I was in the back laying down.

15   Q.   Okay.  Then you said something about your

16        sister running errands with you?

17   A.   She came to get me.

18   Q.   From your office?

19   A.   The job, yes.

20   Q.   And what --

21   A.   But she ended up running the errands while

22        I stayed in the car.

23   Q.   What errands did y'all run?
```

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 77

1  A.   To take my baby, you know, the stuff that

2       they had to turn in for cheerleader camp.

3  Q.   So describe how you were feeling, you

4       know, during the day that next day, the

5       15th.

6  A.   That day I was just laying down.  I was

7       just feeling bad, you know, because I had

8       started back throwing up.

9  Q.   Okay.  So you threw up at around 2:30 that

10      morning.  When was the next time you threw

11      up?

12 A.   It was around about 10:30, 11 o'clock.  I

13      had went to the bathroom and that's when I

14      was throwing up.

15 Q.   And where were you when this was going on?

16 A.   At the job.

17 Q.   So you were at the job and you said you

18      were lying down, and then you started

19      throwing up at 10:30?

20 A.   Yes.

21 Q.   And was that the only symptom you were

22      feeling that next day or --

23 A.   Just throwing up, like stomach, like

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 78

```
 1              knots, you know, like stomach weak because

 2         I hadn't eaten nothing because I couldn't

 3         keep anything on my stomach.

 4    Q.   Had you tried to eat something?

 5    A.   Yes, I tried, but every time I would eat

 6         something, it would come -- like soup, it

 7         would just come back up.

 8    Q.   Did you have soup before 10:30?

 9    A.   I had soup like -- yeah, it was before

10         10:30, because I had soup and crackers

11         then.

12    Q.   So the first time you threw up after --

13         the first time you threw up was at 2:30 in

14         the morning and then the next time was at

15         10:30 in the morning?

16    A.   About 10, 11, around in that time.

17         Sometime that morning.

18    Q.   And that was while you were at work?

19    A.   Yes.

20    Q.   Was your throat still burning at this

21         time?

22    A.   It was like irritated like I had to

23         scratch it.  It was like -- it wasn't
```

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 80

1   A.   Went back and sat on the couch.

2   Q.   Still at work?

3   A.   Yes.

4   Q.   And what did you do until your sister came

5        to pick you up?

6   A.   Just laid there.

7   Q.   And then did the symptoms continue or did

8        they get worse or get better?  How did

9        that --

10  A.   It ended up getting worse because when my

11       sister was bringing me back, that's when

12       she pulled to the side of the road and I

13       started back throwing up.

14  Q.   Bringing you back to --

15  A.   To the job.

16  Q.   This is after y'all ran your errands?

17  A.   Yes.

18  Q.   So where were you when that happened?

19  A.   We was like coming back to the shop on the

20       Western Boulevard.

21  Q.   So she pulled over on the Western

22       Boulevard?

23  A.   Yes.

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 87

1    think I drunk some Clorox from Captain D's

2    and he made a report.  That's when he made

3    his report.

4  Q.  Okay.  This is Mr. Boyd?

5  A.  Yeah, the guy from the poison control

6    center.

7  Q.  And how long were you on the phone with

8    him?

9  A.  Not long, because my voice kept going in

10    and out, and he was like, well, let me let

11    you go because -- you know, because he

12    couldn't hardly understand me because I

13    was going in and out with my voice.

14  Q.  So other than your voice going in and out,

15    when you were on the phone with the poison

16    control center, do you know what other

17    symptoms you were feeling at that time?

18  A.  That's about it because I had put some

19    crackers like, you know...

20  Q.  What was the purpose of their calling you?

21  A.  I don't know.  They asked about making a

22    report, you know.

23  Q.  And did they say they were going to follow

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 88

1      up with you later or --

2  A.   Yes, they did.  He called me the next day.

3      They called me for like a week.

4  Q.   Every day for a week?

5  A.   Every day for a week.

6  Q.   Was it the same person, the same Mr. Boyd,

7      a different person would call you?

8  A.   Well, a couple times it was him, and then

9      later -- I mean after -- the last time, it

10     was a lady.

11  Q.   And what did they say to you when they

12     called you?

13  A.   Now, one of the people, the guy Jamie --

14     well, Boyd -- I just knew his last name

15     was Boyd -- he told me to go and sign a

16     warrant on Captain D's.  And I was like,

17     why.

18  Q.   Sign a warrant?

19  A.   Yes.  He was like, well, they gave you

20     Clorox.  I was like, well, I don't feel

21     like going and signing a warrant or

22     whatever.

23  Q.   Did he think that they did it on purpose?

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 89

1    A.    That's what he -- he told me at that time

2          they had been over there for several

3          violations that they had at Captain D's.

4    Q.    The poison control center had been to

5          Captain D's?

6    A.    Yes, the health department had been to --

7          they had like -- he had pulled a file I

8          guess or whatever, said they had been to

9          Captain D's for like stuff missing, like

10         leaving stuff around on the counter, like

11         Clorox laying over by the utensils.  It

12         was different stuff he said wasn't

13         supposed to be, you know, on the counter

14         at the time with food.

15   Q.    Is the poison control center, to your

16         knowledge, is that part of the health

17         department?

18   A.    I think it is.

19   Q.    And he told you that the health department

20         had been to Captain D's --

21   A.    Several times, yes.

22               MR. FARROW:  Seven or several?

23               THE WITNESS:  Several times.

Page 90

1    Q.    Did he say for various things other than

2          what you just said about Clorox being next

3          to utensils, or are you saying that they

4          had been there several times for something

5          related to Clorox?

6    A.    I mean, he didn't -- I mean, he just said

7          -- you know, he just mentioned Clorox by

8          the, you know, like by the silverware, by

9          the food.  But I don't know if it had been

10         several times them going for that same

11         problem or whatever.

12   Q.    Was he talking about the place on the

13         Atlanta Highway or --

14   A.    On Atlanta Highway.

15   Q.    Just that one restaurant?

16   A.    Yes.

17   Q.    And this Mr. Boyd wanted you to go have

18         somebody arrested?

19   A.    He told me, he was like, well, you need to

20         sign a warrant on them.  And I was like,

21         why.  And he was like, well, they had

22         Clorox in your drink.  And I was like,

23         yeah, so, you know.  And that was it.  He

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 91

1    was like, well, you can go sign a warrant

2    on them, and I was like, for what. I

3    mean, I don't know where that came from,

4    but he just told me to go sign a warrant

5    on them.

6  Q.   Did you think at this point that somebody

7    had put Clorox on purpose or something?

8  A.   No, because I don't know where he got it

9    from, you know.

10  Q.   But did you think he thought they had done

11    it on purpose?

12  A.   Yes.

13  Q.   Okay.

14         THE WITNESS:   Can I take a break?

15         (Brief recess.)

16  Q.   Before we took a break, we were talking

17    about Mr. Boyd at the poison control

18    center and you were talking about they

19    called you every day for a week and --

20  A.   Yeah, about a week.

21  Q.   And they were just checking on you or --

22  A.   Yes, trying to see how was I doing.

23  Q.   Anything else that you talked about with

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 92

1          the poison control people?

2     A.   Just that.

3     Q.   During the course of that week, were you

4          still on your prescription, that liquid

5          prescription?

6     A.   Yes.

7     Q.   Had you taken your pain pills at all?

8     A.   Yes.

9     Q.   Did you have to get a refill of either one

10         or both?

11    A.   I kept throwing up.  That's when I went

12         back to Pri-Med.

13    Q.   Okay.  So when did you go back to Pri-Med?

14    A.   The day I talked -- like July the 15th I

15         went to Pri-Med.

16    Q.   Do you remember what time of day that was?

17    A.   It was like about 6 or 7.

18    Q.   At night?

19    A.   Night, uh-huh.

20              (Brief interruption.)

21    Q.   So we were talking about Pri-Med.  So the

22         day after you drank the tea is when you

23         went to Pri-Med?

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 93

1    A.    Yes.

2    Q.    Okay.  And what happened at Pri-Med?

3    A.    The lady nurse told me the same thing,

4          that my blood pressure was still up.  So

5          she asked me what was wrong, and I told

6          her what had happened and whatever.  And

7          so by the time she was walking out, that's

8          when I started back throwing up.

9    Q.    While you were at Pri-Med?

10   A.    Yes.

11   Q.    Did you go by yourself or --

12   A.    With my husband.  My husband drove.

13   Q.    And where were your girls?

14   A.    With my mom.

15   Q.    And you said you told her the same thing,

16         but tell me what you told her so it's on

17         there.

18   A.    I told her I had been to the emergency

19         room, you know, what had happened at

20         Captain D's with the Clorox.  She was

21         like, why is your blood pressure so high.

22         That's all she -- she just said was your

23         blood pressure this high the night that I

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 94

1    went in from Captain D's; I said yeah.

2    She was like, well, was you, you know,

3    worried or anything?  She said that could

4    have caused your blood pressure to be up

5    because you were like so worried about

6    what had happened.  So I said yes, so she

7    was like, well, your blood pressure is

8    still high now.

9    Q.  Do you remember what it was?

10   A.  It was like -- the bottom number was still

11       90, you know.

12   Q.  So do you think it was about the same as

13       it was the night before or it had gone up

14       or down?

15   A.  It had gone down a little bit, but she

16       said it was still kind of high.

17   Q.  And this is the nurse that you were

18       talking to?

19   A.  Yes.

20   Q.  And anything else you talked about with

21       the nurse?

22   A.  No, because when she was getting ready to

23       turn her back, that's when I started

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 96

1   A.   She just said, you're sick, you know.   And

2        that's when the doctor came in and

3        examined me.

4   Q.   Do you remember the doctor's name?

5   A.   No.   I mean, not offhand.

6   Q.   That's fine.   Which Pri-Med was it?

7   A.   It was on Atlanta Highway.   Atlanta

8        Highway and Taylor Crossing.

9   Q.   Anything else that you talked about with

10       the nurse?

11  A.   No, that was it.

12  Q.   So then the doctor came in, and tell me

13       about your conversation with the doctor.

14  A.   He asked me -- well, the nurse had told

15       him I had threw up, and -- well, she was

16       still in there at the time and that's when

17       she said there was blood in it.   So he

18       asked me what had happened or whatever.   I

19       told him it was hard for me like, you

20       know, like my throat still was like

21       irritated or whatever, so he asked me --

22       that's when I had eaten.   I told him it

23       felt like food wouldn't digest down

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 97

1              completely.  It felt like something was

2              always getting stuck and I had to go and

3              throw it up.  That's when he laid me back

4              on the table and did like -- you know, I

5              guess like --

6    Q.        An exam?

7    A.        Yeah, like pushing up.  And that's when he

8              referred me to Dr. White.

9    Q.        Do you remember that next day what all you

10             had tried to eat before you went to

11             Pri-Med?

12   A.        I had tried to eat a baked potato, soup,

13             and crackers.

14   Q.        And when you said you had that feeling

15             that food wouldn't go down, was it when

16             you ate or it was continuous or it was

17             sometime after you ate, or what do you

18             remember about that feeling?

19   A.        Talking about when I felt like food

20             wouldn't digest?

21   Q.        Uh-huh.

22   A.        I mean, at the time, you know, when I was

23             eating, it felt like it wasn't going --

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 98

1    you know, like your food wouldn't go down.

2    It felt like it was just getting stuck.

3  Q.    Did that happen when you were actually

4    eating or did it take a while after you

5    ate before you felt that way?

6  A.    It took a while, like about ten minutes,

7    you know.  Like after you get through

8    eating, then that's when I felt like, you

9    know...

10 Q.    It just wouldn't digest?

11 A.    Yes.

12 Q.    Okay.  Do you remember how long you were

13    at Pri-Med?

14 A.    For like an hour.

15 Q.    Do you remember how much of that hour you

16    were waiting?  How long did you actually

17    spend with the nurse and the doctor?

18 A.    Like about 30 minutes.

19 Q.    Did they write you a prescription there?

20 A.    Yes.

21 Q.    Do you know what it was for?

22 A.    They was Nexor pills.

23 Q.    Nexium?

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 99

1    A.    Yeah.  It was like in a purple bottle.

2    Q.    The purple pill?

3    A.    Yes.  They gave me that to help digest

4          because I told them I couldn't -- you

5          know, food wouldn't digest.

6    Q.    Did they give you a sample there?

7    A.    Yeah, he gave me a sample there, and then

8          he also gave me a prescription to fill the

9          next day.

10   Q.    Was that the only thing they gave you?

11   A.    Yes.

12   Q.    Where did you get that prescription

13         filled?

14   A.    Across the road at CVS at Atlanta and

15         Taylor Crossing.

16   Q.    And then while you were there, is that

17         also when he referred you to Dr. White?

18   A.    Yes.

19   Q.    And he just gave you a little referral

20         slip or something?

21   A.    Yes.  No, he called.

22   Q.    The doctor at Pri-Med called Dr. White?

23   A.    The doctor at Pri-Med told one of the

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 102

1          about?  Any prescriptions, any referrals,

2          anything that the doctor told you?

3     A.   From who, Dr. White?

4     Q.   At Pri-Med that night.

5     A.   No.  Besides from Dr. White, that's it.

6     Q.   Did the doctor at Pri-Med say what was

7          wrong with you?  Did he give you a

8          diagnosis?

9     A.   I'm trying to think, you know.  I mean, I

10         don't remember.

11    Q.   Did the doctor at Pri-Med or at the

12         emergency room at Baptist Hospital, did

13         they ever say what you're experiencing

14         right now was caused by the bleach in the

15         tea or whatever it was, Clorox?

16    A.   Could you repeat that?

17    Q.   Did any of the doctors at Pri-Med or at

18         Baptist emergency room ever say, yes, the

19         symptoms you're feeling right now were

20         caused by whatever it was you drank?

21    A.   Yes.

22    Q.   Which doctor told you that?

23    A.   Both of them told me.

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 103

1    Q.    Do you remember what they said exactly?

2    A.    Only thing -- like, he said the bleach can

3          cause you to be vomiting and to have --

4          you know, to make you vomit this much.

5          Now, the Pri-Med doctor told me that.  He

6          said bleach could make it -- because --

7          you know, that's why it was blood.

8    Q.    Okay.  And when you said that it felt like

9          food wouldn't go down, did it feel like

10         indigestion?  Is that how the feeling was

11         or was it a different kind of feeling?

12   A.    It was a different kind.  I mean, it was

13         just like hung, you know.  You know how

14         you drink a Coke and you get -- have you

15         ever had that feeling where you drink it

16         too fast?

17   Q.    Like brain freeze?

18   A.    Yeah.  It was something like that, you

19         know, like it wouldn't go down.

20                MR. FARROW:  It's like that

21                       bubble in your throat from

22                       the Coke.

23                THE WITNESS:  Yeah.

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 104

```
 1   Q.    After you were at Pri-Med, where did you

 2         go, or what happened after you left

 3         Pri-Med?

 4   A.    I went home.

 5   Q.    Now, when you were at Pri-Med, what

 6         symptoms were you feeling?  I mean,

 7         obviously, you said you were vomiting, and

 8         then you said you had that feeling where

 9         the food wouldn't go down.  Did you have

10         any other symptoms while you were at

11         Pri-Med?

12   A.    Yeah, besides my throat.  It was like --

13         like I couldn't hardly swallow, you know.

14   Q.    Was it still burning or was it a different

15         feeling?

16   A.    It was a slight burning.  It wasn't

17         burning as bad.

18   Q.    Okay.  And then when you went home, were

19         you still on the medicine they had given

20         you at the emergency room?

21   A.    Yes.

22   Q.    So you were on that liquid medicine and

23         the pain pills, and then did you take the
```

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 105

1          Nexium when you got home?

2     A.   No, I didn't take Nexium until the next

3          day.  That's when I started because of how

4          you're supposed to take it.

5     Q.   Like you're supposed to start it in the

6          morning or take it in the morning?

7     A.   Right.  Take it like in the morning, then

8          in the afternoon.  I couldn't take it at

9          night because it would throw the pill

10         count off.

11    Q.   So tell me how you were feeling that

12         night.  Were you still throwing up or did

13         you stop throwing up?  What happened after

14         the Pri-Med?

15    A.   I went home and just laid on the bed, you

16         know.

17    Q.   Did the symptoms keep going through the

18         night or did they get better or get worse?

19    A.   I throwed up again through the night, yes.

20    Q.   And then what about the next day, how were

21         you feeling?

22    A.   The next day I felt -- well, continuing

23         through the week I felt bad, so the next

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 106

1      day I felt bad.

2   Q.    I'm sorry.  What, now?

3   A.    I felt bad.

4   Q.    We're talking about two days after --

5   A.    Yes.

6   Q.    Okay.  Did you still have all the symptoms

7      you had before?

8   A.    It just felt -- the symptoms that I had,

9      like my food wouldn't digest.

10  Q.    So this was two days later, you still had

11     the feeling like your food wouldn't

12     digest?

13  A.    Yes.

14  Q.    Any other symptoms you remember having two

15     days after?

16  A.    Nauseated, you know, like weak on the

17     stomach.

18  Q.    What about your throat on that second day?

19  A.    I had lost my voice the third day.

20  Q.    You mean completely lost it?

21  A.    Yeah, like, you know, like whispering, you

22     know, because it had went completely out.

23  Q.    Did there come a time when you started to

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 110

1        remember how long it lasted?

2    A.    No, because it still do that, you know.

3    Q.    It still gets hoarse today?

4    A.    Yeah.

5    Q.    How often does it get hoarse?

6    A.    Probably maybe like about three times --

7         two times out of the month -- two to three

8         times out of the month.  Like, I mean, you

9         can call me like during probably lunch or

10        after lunch, whatever, my voice will be

11        like I'm like sick or whatever, you know,

12        like have a cold or something, so my voice

13        will be kind of dragging, you know.

14    Q.    And you said that happens two or three

15        times a month?

16    A.    About two to three times a month.

17    Q.    And how long does it last?

18    A.    It usually lasts for like a day or so, you

19        know, like that morning then the next day,

20        then the next day I'm fine.

21    Q.    Have you noticed anything about what

22        brings it on?  Because you just said

23        lunch.  Does it happen when you eat more

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 111

1    than other times, or have you noticed

2    anything about it?

3  A.   No, it's just when I wake up in the

4    morning time, that's what I'm saying.  The

5    voice sounds like deep or whatever, you

6    know, like you've got a cold or whatever.

7  Q.   So you're saying that when it does happen,

8    you wake up with it?

9  A.   Sometimes, yes.

10  Q.   But not all the time?

11  A.   But not all the time.  Sometimes it'll

12    start, you know, like I told you.  It'll

13    start going out like in the daytime or

14    whatever.

15  Q.   Okay.  And then what about the nausea and

16    the vomiting, how long did that last?

17  A.   It stopped when I started taking the

18    pills.  It didn't last no more than the

19    time -- when the pills started working

20    into my system, that's when I stopped

21    being nauseated and vomiting, you know.

22  Q.   Okay.  Other than Dr. White, did you see

23    any other doctors for this?  Did you go

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 115

1    when he scheduled for me to come back to

2    Baptist for inpatient/outpatient to check

3    and see what was going on.

4  Q.  So the first thing was an office visit?

5  A.  Yes.

6  Q.  Do you remember what he did as far as an

7    examination?

8  A.  Just asked me what was going on and asked

9    me was I allergic to anything, you know,

10    have I ever did this before, you know,

11    prescribing the procedure or whatever he

12    was going to do.

13  Q.  What was the procedure?

14  A.  He was to put me to sleep and to take a

15    telescope, whatever they use to stick

16    inside, and to find out what's going on

17    with the esophogeal...

18  Q.  Did you tell him what had happened at

19    Captain D's?

20  A.  No.  I mean, I told him I had drunk some

21    Clorox, but I don't know, you know...

22  Q.  Did he talk to you about any -- like, this

23    is what Clorox will do when you drink it,

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 116

1       or did he have any conversations with you

2       like that?

3   A.  Yeah.  He said it could cause problems.

4       He said sometimes he's seen where people

5       have drunk Clorox before and it doesn't

6       cause anything, but he said it all depends

7       on the type of Clorox that you drink.

8       Like you have the type that's in the

9       store, then you have the type that's for

10      office or for business use; that's a

11      different type of Clorox, and he explained

12      it, you know.

13  Q.  And he said that what it does to you

14      depends on the kind that you drink?

15  A.  Yeah, depends on the kind you drink.

16  Q.  When you were there on that first visit --

17      well, how many office visits did you have

18      with him?

19  A.  Two.

20  Q.  Was there one before the procedure and one

21      was after?

22  A.  He came into the room after, before I left

23      to go home.

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 117

1    Q.    From the hospital?

2    A.    Yes.

3    Q.    But you had two office visits?

4    A.    Yes.

5    Q.    So you saw him two times at his office and

6          one time at the hospital?

7    A.    Yes, uh-huh.

8    Q.    Okay.  And was the second office visit,

9          was that a follow-up visit or was that

10         before he did the procedure?

11   A.    That was before he did the procedure.

12   Q.    Okay.  And then -- so the procedure was to

13         try to figure out what was --

14   A.    What had happened, you know, what was the

15         damage.

16   Q.    Do you remember when you had the

17         procedure, was that October also?

18   A.    Yeah, it was October.

19   Q.    And where was that?

20   A.    At Baptist also.

21   Q.    And it was outpatient?

22   A.    Inpatient/outpatient.

23   Q.    Did you stay overnight?

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 118

1    A.    No.  I went at 5 o'clock that morning,

2           then I left about 12 or 1 o'clock.

3    Q.    And then Dr. White is the one who actually

4           did the procedure?

5    A.    Yes.

6    Q.    And what did he tell you, if you remember

7           anything, while you were actually at the

8           -- after he did the procedure, do you

9           remember him telling you anything while

10          you were at the hospital?

11    A.    Well, when I came in, he said he was going

12          to put me to sleep and, you know, when I

13          wake up, he'd have the results.  The next

14          thing I know, I was knocked out, but when

15          I woke up, I was in the next room like

16          sitting up, you know.  So he came, he

17          said, well, you have a hiatal hernia;

18          that's like up here for the food to digest

19          or whatever.  And he's like, Clorox caused

20          those problems, you know.

21    Q.    He told you that Clorox caused it?

22    A.    Yes.

23    Q.    And then anything else that he said to you

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 119

1      that day or while you were still at the

2      hospital, that you can remember?

3  A.  No, because at that time I was like, you

4      know, my husband -- I remember my husband

5      talking to him, you know, and he's saying

6      Clorox did, you know, cause her to have a

7      hiatal hernia and by her throwing up or,

8      you know, whatever -- but it was so --

9      because I was in -- you know, they had

10     give me some medicine and I was drowsy,

11     so...

12  Q.  Right.

13  A.  And I did remember what, you know...

14  Q.  And so your husband was there with you?

15  A.  Yes.

16  Q.  And you stayed there until about noon you

17     think?

18  A.  It was noon.

19  Q.  And what were -- well, let me back up a

20     second.  Between the time that you drank

21     the tea at Captain D's and the time that

22     you saw Dr. White, did you miss any time

23     from work?

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 120

1  A.    Yes, I missed a lot of time. I didn't go

2       in for a period because -- I went in for

3       maybe -- probably out of the whole week

4       probably about two days.

5  Q.    This is right after you drunk the tea?

6  A.    Yeah. I wouldn't go to work for like --

7       no, I would go to work for like two days

8       and be out the other days because --

9  Q.    And how long did that last?

10  A.    That lasted right up until probably about

11       two months.

12  Q.    And did a doctor tell you not to go to

13       work?

14  A.    He told -- the guy at the Pri-Med told me

15       don't go to work for like a week.

16  Q.    Is this the first visit or the second

17       visit?

18  A.    That's the first visit. He told me to

19       stay off work for like a week.

20  Q.    Okay. But you stayed off for two months;

21       is that what you said?

22  A.    Yes, off and on, because I couldn't really

23       do anything.

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 121

```
 1   Q.    And did that continue up until the time
 2         you saw Dr. White?
 3   A.    Yes.
 4   Q.    Did Dr. White give you any different
 5         instructions about going to work, or what
 6         did he say about going to work?
 7   A.    He just gave me different instructions
 8         about eating habits.  You know, like don't
 9         eat -- I can't eat the food like I used to
10         eat anymore because of what had happened.
11         So I had to change.
12   Q.    Did he give you a special diet or
13         something?
14   A.    He gave me a list of what to, you know, to
15         -- not to eat.
16   Q.    Foods to avoid or something?
17   A.    Yes.
18   Q.    Did Dr. White tell you not to go to work?
19   A.    He told me don't go to work for like two
20         days.
21   Q.    So after the surgery with Dr. White, did
22         you stay off those two days?
23   A.    Yes, I stayed off those two days.
```

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 123

1  Q.    But you just worked like a couple of days

2        a week?

3  A.    Yes, just a couple of days a week.

4  Q.    So why was it just a couple of days a

5        week?

6  A.    Because it was changing.  You know, like,

7        I would still feel that same feeling or

8        whatever.  It would change.  It was like,

9        you know, some days it was all right, but

10       some days I just couldn't take because it

11       was hurting me in my chest or whatever.

12       But it was still like I still could go to

13       work or whatever, but it's just I couldn't

14       deal with the customers, running back and

15       forth to the bathroom, because I didn't

16       know if I had to throw up or not.

17  Q.   Then after you saw Dr. White, you said you

18       went back to work on the fourth day?

19  A.   Yes.

20  Q.   And then did you start working back five

21       days a week or how did you work --

22  A.   Five days a week.

23  Q.   Did he prescribe anything different or he

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 124

1          just kept you on Nexium?

2     A.   He kept me on the Nexium pill.

3     Q.   Did he tell you to come back for like a

4          follow-up visit or anything?

5     A.   He -- no.  He told me to take these pills

6          and to -- he gave me a list of the foods

7          not to eat or whatever and told me I would

8          need to get it repaired as soon as

9          possible.

10    Q.   Get the --

11    A.   Get the hernia repaired as soon as

12         possible.

13    Q.   And when you say "repaired," what do you

14         mean?

15    A.   I guess removed or whatever because he

16         said while I'm at a young age now to go

17         ahead and get it removed than to have it,

18         you know, like ten years later try to

19         remove it.  But he did say I need to get

20         it fixed as soon as possible.

21    Q.   And that's a surgical procedure?

22    A.   Yes.

23    Q.   Do you have plans to do that or have you

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 126

1    A.    No.   I mean...

2    Q.    That's fine.

3    A.    I gave him the bill.

4              MR. FARROW:   Have those.

5    Q.    Did they say why they didn't cover it?

6    A.    I never did, I mean, get into that,

7          whatever.   I just went ahead and paid it

8          or whatever.

9    Q.    So you haven't asked them about covering

10         this other surgery?

11   A.    No.

12   Q.    Okay.   Now did you go for an office visit

13         after the inpatient/outpatient --

14   A.    Yes, one time.

15   Q.    What happened at the follow-up visit?

16   A.    The only thing he discussed, he told me I

17         would have to take this serious because I

18         would have to get this removed as soon as

19         possible.

20   Q.    Is that when he -- did he give you another

21         prescription for the Nexium, or were you

22         getting that from the Pri-Med doctor, or

23         how --

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 128

```
 1   Q.    Did Fortis pay for the Nexium

 2         prescription?

 3   A.    Yes, they paid for those.

 4   Q.    Have you seen any other doctors about

 5         this?

 6   A.    No.

 7   Q.    When you talked to Dr. White about -- he

 8         said you might want to have this other

 9         procedure to have it repaired.

10   A.    Yes.

11   Q.    Would he be the doctor to do that, or was

12         he going to refer you to somebody else, or

13         do you know?

14   A.    He didn't say.

15   Q.    And did you talk to him about -- have you

16         talked to him since that follow-up visit

17         at all?

18   A.    I talked to him one time and that was --

19         well, I didn't talk to him; I talked to

20         the nurse.  And they still had me on file,

21         and she said I see here that you do have a

22         small hernia, but she said it could affect

23         you later on.
```

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 129

```
1    Q.    Did she call you or did you call her?

2    A.    No, I called her.

3    Q.    Why did you call her?  What was the

4          purpose of that?

5    A.    I called her so I can come in for another

6          visit to get it checked out again because

7          about another year later, that's when I

8          had started throwing back up again.

9    Q.    So this would be --

10   A.    2004.

11   Q.    Like October 2004 or fall 2004?

12   A.    It was somewhere like in March.

13   Q.    March 2004?

14   A.    Yeah.

15   Q.    So you didn't have any throwing up between

16         -- did you say the throwing up stopped

17         after you started the Nexium?

18   A.    Yeah.

19   Q.    And then you didn't have any more until

20         March '04?

21   A.    No.  I didn't throw up until March of

22         2004.  I stopped taking Nexium pills in

23         November.
```

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 131

```
 1   Q.   Have you seen any other doctors about the

 2        problems you've had?

 3   A.   No.

 4   Q.   The throwing up that started in March '04,

 5        was it a one-time thing, or tell me about

 6        that.

 7   A.   It was like a one-time.

 8   Q.   Do you remember, was there blood in that

 9        or was it just --

10   A.   No, there wasn't blood; it was just

11        regular.

12   Q.   Any other symptoms that have continued

13        since then?

14   A.   Just like my voice, that's it.  My voice

15        goes in and out sometimes or it sounds

16        like I be waking up like in the evening

17        time, it sounds like I just woke up out

18        the bed.  But that's just like normal

19        voice goes in and out from time to time.

20   Q.   Is that the only one that as of today is

21        continuing?

22   A.   Yes.  I have had a lot of sore throat

23        problems, so I have went back to the
```

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 132

```
 1              doctor for those.
 2    Q.        Which doctor is that?
 3    A.        That was at the emergency room.
 4    Q.        Baptist South?
 5    A.        Yes.
 6    Q.        So you went to Baptist South for the sore
 7              throat problems?
 8    A.        Sore throat.  I have been, you know, ever
 9              since I noticed that or whatever, it have
10              been going on a lot.  It'll be like sore
11              one day; then the next day it'll be fine;
12              the next day it'll be itchy, you know, or
13              scratchy.
14    Q.        How many times have you been back to the
15              emergency room for sore throat problems?
16    A.        About one time.  But other times I would
17              just like, you know, get stuff that's
18              over-the-counter.  But basically what I
19              would kind of do is get like cough drops,
20              and when I feel like my voice is fixing to
21              go, like sounds like it sounds now, I
22              would get a cough drop and stick it in my
23              mouth, so that would kind of help it
```

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 137

1    her back or what happened with that?

2  A.   No, I didn't call her or write her back.

3       That's when -- no, that's when I called

4       the manager back.

5  Q.   The female manager?

6  A.   Yes, at Captain D's.

7  Q.   You mean after you got the letter?

8  A.   Yes, after I got the letter from Sue Hyde.

9  Q.   Then why did you call the female manager?

10 A.   Because I had asked them was they going to

11      pay for the hospital bills, you know, that

12      I had gotten.  And so I was going to get a

13      lawyer.  And she's like, no, you know.

14 Q.   She said no --

15 A.   No, we're not going to pay for this.  So I

16      was like okay.

17 Q.   The female manager said that?

18 A.   Yes, and hung up the phone.  No, before

19      she hung up the phone, she was like call

20      -- she gave me a 1-800 number to call, and

21      that's when she hung up the phone.

22 Q.   Why did she give you the 1-800 number?

23 A.   I guess to give them the information.

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 139

1    ever call her or call that 1-800 number

2    again?

3  A.   No.

4  Q.   Did you get any more letters from her, if

5       you remember?

6  A.   No.

7  Q.   Any other conversations or correspondence

8       that you've had with anybody at Captain

9       D's?

10  A.   No.

11  Q.   Just that one letter you got from Ms. Hyde

12       would be the last one?

13  A.   Yes.

14  Q.   Okay.  Why did you not call her or write

15       to her?

16  A.   Because after I had called them and she --

17       you know, after I had tried to talk to

18       them at the office or whatever, they was

19       like being real stupid or whatever, so --

20       because the manager that was on duty then,

21       the number that he did give me -- now, I

22       did call the 1-800 number, but didn't

23       nobody answer.  You know, like leave a

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 144

1    Q.    Any other Pri-Med visits that you had in

2          the last seven years -- not relating to

3          this, but separate?

4    A.    Yes.

5    Q.    Which Pri-Meds?

6    A.    On Atlanta Highway at Taylor Crossing.

7    Q.    Do you always go to the one on Atlanta and

8          Taylor?

9    A.    Yes.

10   Q.    Have you ever had any problems with your

11         throat before?

12   A.    No.

13   Q.    Any problems with nausea and vomiting

14         before now or before this incident?

15   A.    No.

16   Q.    Any problems with your stomach or

17         indigestion before this incident?

18   A.    No.

19   Q.    Do you have a history of any nervous or

20         mental problems?

21   A.    No.

22   Q.    Have you ever seen a chiropractor?

23   A.    Yes.

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 146

1    I kind of asked it, but as you sit here

2    today, I think you said that the only

3    symptom you still have is that your voice

4    goes in and out?

5  A.  Yeah.

6  Q.  Was there anything else that you said that

7    you're still experiencing?

8  A.  The digest problem.

9  Q.  Are you talking about the problem where

10    you said you feel like your food gets hung

11    up?

12  A.  Yes.

13  Q.  And the hoarseness or the voice going in

14    and out, you said that happens two to

15    three times a month?

16  A.  About two to three times a month.

17  Q.  And what about the digestive problem, how

18    often does that happen?

19  A.  Probably about four times, five times out

20    of a month.

21  Q.  In your opinion, has it reached a point

22    where you think it's getting better or you

23    think it's getting worse or you think it's

Page 147

```
1        staying the same or how would you describe

2        it?

3   A.   It's getting worse because now I see like

4        certain food that -- I mean, that I could

5        used to eat or whatever, that I totally

6        have to avoid.

7   Q.   Like what are they?

8   A.   I mean like hamburgers or french fries

9        and, you know, stuff that I could just eat

10       or whatever.  But just -- my life had

11       totally changed around this.  Because my

12       weight is kind of like up and down because

13       of the way I have to -- I can't eat or

14       however.  You know, my voice, sometimes,

15       like my throat or something, I won't eat

16       for like a day or whatever because my

17       throat be like irritated.  And I told you

18       like the next day -- it'll leave the next

19       day.  So sometimes I won't eat that whole

20       day.

21  Q.   So other than hamburgers and french fries,

22       what foods are you to avoid?

23  A.   Fried food.  So now my menu is basically
```

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 148

1    baked food or salad, you know.  Everything

2    have to be baked.

3    Q.   And you said your weight goes up and down?

4    A.   Yeah, my weight kind of goes up and down.

5    Q.   Describe that.  How does it --

6    A.   Like just say for like tomorrow.  Like

7    tomorrow I might wake up and my throat

8    might be sore.  I might not eat for two

9    days because I might not have the appetite

10   because my throat gets irritated.

11   Q.   Do you weigh the same now as you did when

12   this happened?

13   A.   No, because at the time when -- at the

14   time before I had drunk Clorox, I weighed

15   like about 150, but now I'm like at 169,

16   68.

17   Q.   So that sounds like your weight's gone up.

18   A.   Yeah.  But in a couple of days, it might

19   be -- you know, like in a month's time, it

20   might be down, like when I go and get on

21   the scale or whatever.

22   Q.   Do you know what the lowest is that you've

23   weighed since then?

**1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

Page 149

1    A.    The lowest that I've weighed was like

2          probably about 150, 152.

3    Q.    That's since the -- since you drunk the

4          tea?

5    A.    Yeah.  I got back to my regular size.

6    Q.    Is there anything else?  You said avoiding

7          foods and your weight going up and down.

8          Anything else that you can tell me how

9          this has affected you, your life today?

10   A.    Besides it's just irritating, you know.  I

11         mean, it just totally has changed, you

12         know.

13   Q.    Well, that's what I'm trying -- I'm trying

14         to get you to describe how --

15   A.    How my life has changed?

16   Q.    Right.

17   A.    It has changed a lot, like what time I

18         have to eat, my eating habits, stop eating

19         at 6 o'clock.  Totally stuff has changed

20         around -- like I'm constantly like getting

21         Rolaids and stuff, like if I get digestive

22         or whatever.  Like buying -- I mean, I

23         never used to have to buy Rolaids or

Page 150

1    whatever for like problems.

2    Q.    You said something about stopping eating

3          at 6 o'clock?

4    A.    Yes.  I don't eat after 6 anymore.

5    Q.    Any other -- that's what I'm looking for

6          is things like that.  Any other ways that

7          you can describe for me?

8    A.    I mean, that's about it, you know.

9    Q.    Okay.  Other than what you talked about

10         with your eating habits and stuff, is

11         there any other way that -- you know, are

12         there other things that you could do

13         before but can't do now?

14   A.    Yeah.

15   Q.    Like what?

16   A.    I mean certain -- just certain stuff, you

17         know.

18   Q.    Well, that's what -- I just need to know

19         every way that it's --

20   A.    Just how it had changed?

21   Q.    Right, what kind of effect it's had on

22         you.

23               MR. FARROW:  She needs specific

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 151

1           examples if you have them.

2    Q.    The reason I'm asking is if we go to

3          trial, your attorney is going to ask you

4          to tell the jury how this has affected

5          your life.  So I just want to know that

6          now so I know before we get to trial.

7    A.    I mean, it have affected me because --

8          it's totally affected me, and then for a

9          while it affected me and my husband

10         because at the time I couldn't, you

11         know...

12   Q.    You have to say it.

13   A.    Have sex.  You know, because I'd always be

14         like, my throat gets sore, I don't feel

15         like doing it.  Things just have changed,

16         you know, like at home.  Like cooking for

17         him, I have to cook two separate meals if

18         I'm cooking for me and for him.

19   Q.    So he won't eat baked food and salads?

20              MR. FARROW:  What man does?

21   A.    I have to cook food for him then turn

22         around and cook food for me.  Then like a

23         lot of the sexual stuff has changed.  You

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 152

1       know, we don't do it as much as we used to

2       because I'm kind of like -- I'm up and

3       down.  This day, then the next day -- my

4       throat or whatever will be sore, so I

5       don't feel like being bothered.  I may

6       take something over-the-counter, then I

7       might go to bed early this night; the next

8       night I'm up and -- my life has totally

9       changed.

10  Q.   Well, when you say "totally," I just --

11  A.   Changed like different.  You know, like

12       sex-wise, eating habits.

13  Q.   Okay.  So we've talked about sex and

14       eating habits.  Any other ways that you

15       can name or describe?

16  A.   That's about it right now.

17  Q.   And have we talked about all of the

18       medications that you've taken for these

19       problems?

20  A.   Yes.

21  Q.   We talked about having to pay for the

22       procedure that Dr. White did.  Is there

23       anything else you've had to pay out of

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 155

1     time, so -- but my accountant, he told me

2     that -- you know, because he have copies

3     or whatever -- I would have to come over

4     to his office and go through the boxes and

5     get them.

6  Q.   So we can get copies of those from the

7     accountant?

8  A.   Yes.

9  Q.   Okay.  Do you think -- I kind of asked you

10    this already, but I'm now asking in a

11    slightly different way.  Do you think the

12    person at Captain D's who washed out the

13    tea or was responsible for washing out the

14    tea, do you think she intentionally gave

15    you bleach?

16         MR. FARROW:  Object to the form.

17  A.   I don't know, because they was laughing at

18    the time.

19  Q.   Who is "they"?

20  A.   The two girls, the worker lady and the

21    cashier, they was laughing.

22  Q.   Okay.  Tell me about that.

23  A.   I mean, when I told them that it was like

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 156

1        Clorox inside the tea or whatever, they

2        was like laughing.

3    Q.    I thought you said they were fussing.

4    A.    No.  When the manager came out, the girl

5          -- no, the manager was not out at the time

6          when I told them.  That's when the cashier

7          who took my money called the manager out,

8          then the manager and the young lady who

9          made my tea, they started arguing, but

10         before the manager came out, the two was

11         up there laughing.

12   Q.    Did anybody see them laughing other than

13         you?

14   A.    The people that was in there.

15   Q.    So did that lead you to believe that they

16         had tried to play a joke on you or

17         something, or what did that make you

18         think?

19   A.    That was irresponsible because you

20         shouldn't have been laughing, you know.

21         That was just like a -- if I tell you

22         there's Clorox in there...

23   Q.    But what I was asking is did you think

1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 157

1          that they knew it, that they were serving

2          you Clorox?  Or is it something -- I mean,

3          when you told them that you thought there

4          was Clorox or bleach in the tea, I mean,

5          do you think that's something they already

6          knew?

7     A.   She -- I mean, it's kind of hard to say

8          because they was -- I mean, it was like

9          three years ago.  Only thing I remember

10         was them laughing, and I was like, this is

11         not funny.

12    Q.   I know, but I guess what I'm asking is --

13    A.   Did they know?  I don't know if she did

14         know or whatever, you know, because it was

15         on the counter.  It was on top of the

16         counter.

17    Q.   What was on top of the counter?

18    A.   The tea urn.  It was on top of the

19         counter.

20    Q.   And what does that mean to you?  I mean,

21         you said that like it was --

22    A.   Like she knew.

23    Q.   Like she knew?

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 158

1    A.    Like they knew.  Because I worked at a

2          fast food.  Anytime you put Clorox by the

3          tea, you have to remove it from the

4          counter.

5    Q.    So you're saying you think you knew that

6          there was Clorox in there and she poured

7          that into your glass and served it to you?

8    A.    Yes, I believe so.

9    Q.    What is it that makes you believe that?

10   A.    When she started laughing and smiling, the

11         two girls that was up at the front.

12   Q.    So you think they both knew or just one of

13         them?

14   A.    I think both of them knew, because that's

15         when she called the manager, the girl at

16         -- the cashier, that's when she called the

17         guy manager out to the front.

18   Q.    And had they been rude to you before this

19         or something?

20   A.    No.  I mean, it wasn't -- I mean, they was

21         in a hurry and whatever, you know, just

22         give you your change back.

23   Q.    So why do you think if they did know they

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 159

1       were serving you tea, why do you think

2       they would have done that? Was there

3       something that happened or --

4  A.   No. I mean, what made me kind of think

5       that because they started laughing like

6       they knew it was in there, you know, and

7       thought it was just a joke or whatever,

8       because they was laughing. I mean, for

9       somebody to tell you something just

10      happened, something just -- they just

11      found something in their cup and you're

12      going to laugh about it, you know.

13  Q.   Do you think they just thought there was a

14      small amount of -- is it possible that

15      they just thought there was a small amount

16      of bleach in there and it wasn't a big

17      deal, or do you think that meant to pour

18      it in there and they were laughing at you

19      drinking it?

20  A.   I think they was laughing at me drinking

21      it. Because I can't really know what they

22      was thinking over there, you know, but the

23      way they was laughing would think that it

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 160

1    was being funny.

2    Q.    Did you leave your other two glasses of

3        tea there?

4    A.    I left them on top of the counter.

5    Q.    Okay.  And did anybody else -- did you see

6        any other glasses get poured from that

7        same pitcher?

8    A.    No.

9    Q.    Okay.  I think that's all I have.

10                    (The deposition of TAMMY

11                     ALEXANDER concluded

12                     at approximately 4:01 p.m. on

13                     March 20, 2006.)

14

15

16

17

18

19

20

21

22

23