IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY ALEXANDER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No.2:05-cv-00797-MHT-CSC |
| | ) |
| CAPTAIN D's, LLC, | ) |
| | ) |
|     Defendant. | ) |

NOTICE CONCERNING SETTLEMENT
CONFERENCE AND MEDIATION

    **COMES NOW**, the Plaintiff, by and through the undersigned counsel and files this Notice Concerning Settlement Conference and Mediation.

1. Plaintiff states that a face-to-face settlement conference was held between Ben Farrow and Angela Rogers on Tuesday June 13, 2006 in this case.

2. The parties were unable to reach an amicable resolution during this face-to-face settlement conference, however, both parties agree that mediation will assist in resolving this case. The parties would like to take advantage of the court's program of voluntary mediation.

    **RESPECTFULLY SUBMITTED** this 16th day of June, 2006.

    s/ Benjamin H. Farrow

**BENJAMIN H. FARROW**
**Bar Number: ASB-4752-O74B**
**Attorney for Plaintiff**
**The Anderson Law Firm, L.L.C.**
**7515 Halcyon Pointe Drive**
**Montgomery, AL 36117**
**Telephone: (334) 272-9880**
**Fax: (334) 272-2551**
**E-mail: bfarrow@theandersonlawfirm.com**

OF COUNSEL:

THE ANDERSON LAW FIRM, L.L.C.
7515 Halycon Pointe Road
Montgomery, AL  36117
(334) 272-9880

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following **Angela Raines Rogers**.


      s/ Benjamin H. Farrow

      **BENJAMIN H. FARROW**
      **Bar Number:  ASB-4752-O74B**
      **The Anderson Law Firm, L.L.C.**
      **7515 Halcyon Pointe Drive**
      **Montgomery, AL  36117**
      **Telephone:  (334) 272-9880**
      **Fax:  (334) 272-2551**
      **E-mail:  bfarrow@theandersonlawfirm.com**