IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-797-T |
| ) | |
| CAPTAIN D'S, LLC, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For good cause, it is

ORDERED that the mediation conference presently set for July 18, 2006, at 9:00 a.m. be and is hereby **RESET** to July 17, 2006, at 9:00 a.m. It is further

ORDERED that the mediation statement presently due on July 17, 2006 be and is hereby **DUE** on July 14, 2006.

Done this 26th day of June, 2006.

       /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE