**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TAMMY ALEXANDER,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 2:05-cv-00797-MHT-CSC |
| | ) |
| **CAPTAIN D's, LLC,** | ) |
| | ) |
|    **Defendant.** | ) |

## NOTICE OF APPEARANCE

Comes now George R. Parker and respectfully files this Notice of Appearance as additional counsel of record on behalf of Defendant Captain D's, LLC.

 

s/George R. Parker
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
George R. Parker (PAR086)
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this date served the foregoing on:

    Benjamin H. Farrow
    The Anderson Law Firm, LLC
    7515 Halcyon Point Drive
    Montgomery, Alabama 36117

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this the 21st day of August, 2006.

                                                    _s/George R. Parker_____
                                                    George R. Parker (PAR086)
                                                    Bradley Arant Rose & White LLP
                                                    The Alabama Center for Commerce
                                                    401 Adams Avenue, Suite 780
                                                    Montgomery, AL 36104
                                                    Telephone: (334) 956-7700
                                                    Facsimile: (334) 956-7701
                                                    Email: gparker@bradleyarant.com