IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TAMMY ALEXANDER,       )<br>                      )<br>    Plaintiff,      )<br>                      )<br>    v.                ) <br>                      )<br>CAPTAIN D'S, LLC,     )<br>                      )<br>    Defendant.        ) | CIVIL ACTION NO.<br>2:05cv797-MHT |

ORDER

By agreement of the parties made at the pretrial conference on August 21, 2006, it is ORDERED that plaintiff's Deceptive Trade Practices Act claim is dismissed.

DONE, this the 22nd day of August, 2006.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE