IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY ALEXANDER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No.2:05-cv-00797-MHT-CSC |
| | ) |
| CAPTAIN D's LLC, | ) |
| | ) |
|     Defendant. | ) |

## WITNESS LIST FOR PLAINTIFF

Plaintiff submits the following list of witnesses in accordance with the court's order

Plaintiff may call the following witnesses:

1) Tammy Alexander, plaintiff, 182 Western Boulevard, Montgomery, Alabama 36108, facts surrounding the event and medical treatment received;

2) Edward Alexander, plaintiff's husband, 182 Western Boulevard, Montgomery, Alabama 36108, facts surrounding the event and medical treatment received;

3) Demetria Boyd, plaintiff's sister, 4616 Narrow Lane Road, Montgomery, Alabama 36116, facts surrounding the event and medical treatment received;

4) Delois Boyd, plaintiff's mother, 4616 Narrow Lane Road, Montgomery, Alabama 36116, facts surrounding the event and medical treatment received;

5) Izora Hines, plaintiff's grandmother, 1364 Bragg Street, Montgomery, Alabama 36105, facts surrounding the event and medical treatment received;

6) Larry Sanders, manager of Captain D's, 2102 McCarter Avenue, Montgomery, Alabama 36107, facts surrounding the event;

7) Shaquanta Pinkston, employee of Captain D's, 646 Coliseum Boulevard, Apartment C, Montgomery, Alabama 36109, facts surrounding the event;

8) Arteshia Hudson, employee of Captain D's, unknown physical address, facts surrounding the event;

9) Lois Dorough or Sheila Moses, or another representative of the Alabama Poison Center, 2503 Phoenix Drive, Tuscaloosa, Alabama 35405, facts surrounding the event;

10) Dr. Jesse W. Austin, a physician, 2105 East South Boulevard, Montgomery, Alabama 36116, facts and opinion surrounding medical treatment rendered and medical condition of plaintiff;

11) Dr. McLemore, a physician, 34 Taylor North, Montgomery, Alabama 36117, facts and opinion surrounding medical treatment rendered and medical condition of plaintiff;

12) Dr. W. Penn White, a physician, 2055 East South Boulevard, Suite 706, Montgomery, Alabama 36116, facts and opinion surrounding medical treatment rendered and medical condition of plaintiff;

13) Pamela B. Newman or other representative of Baptist Medical Center; 2105 East South Boulevard, Montgomery, Alabama 36116, facts and opinion about medical bills and records generated by plaintiff's visits to Baptist Medical Center;

14) Carolyn Adams or other representative of Pri Med; Taylor Crossing, 34 Taylor Road North, Montgomery, Alabama 36117, facts and opinion about medical bills and records generated by plaintiff's visits to PriMed Taylor Crossing;

15) Any other witnesses or experts who may become known to plaintiff;

16) Any other witness or experts named by defendant.

**RESPECTFULLY SUBMITTED** this 23rd day of August, 2006.

                                    s/ Benjamin H. Farrow

                                    **BENJAMIN H. FARROW**
                                    **Bar Number:  ASB-4752-O74B**
                                    **Attorney for Plaintiff**
                                    **The Anderson Law Firm, L.L.C.**
                                    **7515 Halcyon Pointe Drive**
                                    **Montgomery, AL  36117**
                                    **Telephone:  (334) 272-9880**
                                    **Fax:  (334) 272-2551**
                                    **E-mail:  bfarrow@theandersonlawfirm.com**

OF COUNSEL:
**THE ANDERSON LAW FIRM, LLC**
7515 Halcyon Pointe Drive
Montgomery, AL 36117
(334) 272-9880

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this date mailed a true and correct copy of the foregoing to the following counsel of record at his proper mailing address by depositing a copy of same in the United States Mail, First Class, postage prepaid and affixed thereto; this the 23rd day of August, 2006.

Angela R. Rogers
George Parker
Charles A. Stewart
Bradley Arant Rose & White LLP
Alabama Center of Commerce
401 Adams Av., Ste. 780
Montgomery, Alabama 36104

                                    s/ Benjamin H. Farrow

                                    **BENJAMIN H. FARROW**
                                    **Bar Number:  ASB-4752-O74B**
                                    **Attorney for Plaintiff**
                                    **The Anderson Law Firm, L.L.C.**
                                    **7515 Halcyon Pointe Drive**
                                    **Montgomery, AL  36117**
                                    **Telephone:  (334) 272-9880**
                                    **Fax:  (334) 272-2551**
                                    **E-mail:  bfarrow@theandersonlawfirm.com**