IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.2:05-cv-00797-MHT-CSC |
| | ) |
| CAPTAIN D's LLC, | ) |
| | ) |
| Defendant. | ) |

## EXHIBIT LIST FOR PLAINTIFF

Plaintiff submits the following list of exhibits in accordance with the court's order:

Plaintiff may use the following exhibits:

1) Drinking cup that contained the bleach water;

2) Medical Records of Baptist Medical Center for July 14, 2003 emergency room visit of plaintiff;

3) Medical Records of PriMed Taylor Crossing for the July 15, 16, 2003 visits of plaintiff;

4) Alabama Poison Center record (Case no. 171965) of July 16, 2003;

5) Medical Records of Baptist Medical Center for October 15, 2003 Esophago gastroduodenoscopy of plaintiff produced in response to Defendant's Requests for Production;

6) Fortis Insurance Company Insurance policy and Explanation of Benefits dated 8/14/03, 8/28/03, 11/14/03, and 11/19/03;

7) Documents produced in response to Defendant's Rule 45 Subpoena issued on March 23, 2006 to CVS Pharmacy, Rite Aid Pharmacy, PriMed, Fortis Health and Henry Duncan;

8) Documents produced in response to Defendant's Rule 45 Subpoena issued on July 24, 2006 to Dr. Scott Harris, Dr. Victor Pena, Montgomery Radiology Associates PA, Dr. Allan C. Muller, Dr. Curtis E. Mclemore, Dr. William P. White, Haynes Ambulance, Dr. Shaikh Wahiduzzaman and Baptist Medical Center South;

9) Documents produced in response to Defendant's Rule 45 Subpoena issued on July 31, 2006 to Dr. Patricia Elliot;

10) Documents produced in response to Defendant's Rule 45 Subpoena issued on August 1, 2006 to Checker Drive-in Restaurants;

11) Documents produced by Defendant in response to Plaintiff's Interrogatories and Requests for Production of Documents served on June 21, 2006;

12) Material Safety Data Sheet for Sodium Hypochlorite Bleach from the Clorox Company prepared 05/05;

13) Captain D's health records produced by the Montgomery County Health Department, Environmental Division;

14) KY "sanitizing bleach tablet";

15) Any and all invoices and medical records of the plaintiff generated by any health care provider who either evaluated or treated the plaintiff;

16) Any and all documents and exhibits produced in response to discovery;

17) Any exhibit listed and/or used by any other party to this litigation;

18) Plaintiff specifically reserves the right to amend this witness and exhibit list as discovery is ongoing.

**RESPECTFULLY SUBMITTED** this 23rd day of August, 2006.

        s/ Benjamin H. Farrow

**BENJAMIN H. FARROW**
**Bar Number:  ASB-4752-O74B**
**Attorney for Plaintiff**
**The Anderson Law Firm, L.L.C.**
**7515 Halcyon Pointe Drive**
**Montgomery, AL  36117**
**Telephone:  (334) 272-9880**
**Fax:  (334) 272-2551**
**E-mail:  bfarrow@theandersonlawfirm.com**

OF COUNSEL:

**THE ANDERSON LAW FIRM, LLC**
7515 Halcyon Pointe Drive
Montgomery, AL 36117
(334) 272-9880

### CERTIFICATE OF SERVICE

     I hereby certify that I have on this date mailed a true and correct copy of the foregoing to the following counsel of record at his proper mailing address by depositing a copy of same in the United States Mail, First Class, postage prepaid and affixed thereto; this the 23rd day of August, 2006.

Angela R. Rogers
George Parker
Charles A. Stewart
Bradley Arant Rose & White LLP
Alabama Center of Commerce
401 Adams Av., Ste. 780
Montgomery, Alabama 36104

        s/ Benjamin H. Farrow

**BENJAMIN H. FARROW**
**Bar Number:  ASB-4752-O74B**
**Attorney for Plaintiff**
**The Anderson Law Firm, L.L.C.**
**7515 Halcyon Pointe Drive**
**Montgomery, AL  36117**
**Telephone:  (334) 272-9880**
**Fax:  (334) 272-2551**
**E-mail:  bfarrow@theandersonlawfirm.com**