IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TAMMY ALEXANDER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 2:05-cv-00797-MHT-CSC |
| | ) |
| **CAPTAIN D's, LLC,** | ) |
| | ) |
|     **Defendant.** | ) |

## EXHIBIT LIST

**Captain D's LLC** (hereinafter "Defendant") identifies and makes available for copying and inspection the following exhibits that may be used at the trial of this case:

1. The liquid allegedly consumed at Captain D's on night of incident by the Plaintiff as well as the cup, lid and straw associated with said liquid;

2. Any and all testing results associated with the liquid allegedly served to the Plaintiff;

3. Personnel file of any current or ex-Captain D's employees called at trial as a witness by Plaintiff;

4. Any and all exhibits and/or documents provided to the plaintiff in response to discovery questions;

5. Any and all exhibits listed on the Plaintiff's exhibit list;

6. Any exhibits necessary for rebuttal;

7. Defendant reserves the right to amend this exhibit list as new information becomes available and will promptly notify the Plaintiff's counsel of same.

8. Defendant reserves the right to use demonstrative exhibits without actually admitting the same into evidence. This Defendant reserves the right to amend this Exhibit List as new information becomes available and will promptly notify the Plaintiff's counsel of same. In identifying these exhibits, this Defendant does not concede that some or all of them are admissible at the trial of this cause and expressly reserves the right to object to exhibits prior to trial or during the trial itself.

        Respectfully submitted,

    s/George R. Parker
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
George R. Parker (PAR086)
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Benjamin H. Farrow
The Anderson Law Firm
7515 Halcyon Pointe Drive
Montgomery, AL  36117

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: not applicable.

    s/ George R. Parker
George R. Parker (PAR086)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
Email: gparker@bradleyarant.com