IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TAMMY ALEXANDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:05-cv-00797-MHT-CSC |
| ) | |
| **CAPTAIN D's, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## WITNESS LIST

Defendant, **Captain D's LLC** identifies the following potential witnesses who may have knowledge about the facts of this case. The Defendant expects to call the following witnesses at trial:

1. Larry Sanders, c/o Captain D's, 2386 E. South Blvd., Montgomery, AL 36116;

2. Corporate Representative for Captain D's LLC.

Additionally, the Defendant submits the following witnesses who may be called to testify at trial if the need arises:

3. Current or ex Captain D's employees present on the night of the alleged incident, as detailed in Plaintiff's Complaint, whose names have previously been provided to Plaintiff's counsel;

4. Corporate Representative for Kay Chemical Company, Greensboro, NC;

5. A custodian of records or representative of CVS;

6. A custodian of records or representative of Rite Aid;

7. A custodian of records or representative of PriMed Physicians, Inc.;

8. A custodian of records or representative of PriMed;

9. A custodian of records or representative of Alabama Poison Control;

10. A custodian of records or representative of Dr. Penn White III;

11. A custodian of records or representative of Baptist Medical Center South;

12. A custodian of records or representative of Fortis Health;

13. A custodian of records or representative of Affordable Auto;

14. A custodian of records or representative of Henry Duncan;

15. A custodian of records or representative of Baptist Ventures;

16. A custodian of records or representative of Haynes Ambulance;

17. A custodian of records or representative of Montgomery Radiology;

18. Any and all persons whose names appear in records received pursuant to subpoenas issued which have not been received;

19. Any and all witnesses necessary for rebuttal;

20. Any treating physician who has seen Plaintiff, whether or not related to this incident or to some other incident or medical condition;

21. Defendants reserve the right to call any Custodian of Records for Plaintiff's doctors, dentists, and pharmacists, whether or not related to this incident;

22. Defendant reserves the right to call any Custodian of Records for Plaintiff's past or present employers;

23. Defendant reserves the right to amend this Witness List as new information becomes available and will promptly notify the Plaintiff's counsel of same.

Respectfully submitted,

s/George R. Parker
Charles A. Stewart III (STE067)
Angela R. Rogers (RAI017)
George R. Parker (PAR086)
Bradley Arant Rose & White LLP
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I hereby certify that on August 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Benjamin H. Farrow
>The Anderson Law Firm
>7515 Halcyon Pointe Drive
>Montgomery, AL  36117

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: not applicable.

>s/ George R. Parker
>George R. Parker (PAR086)
>Bradley Arant Rose & White LLP
>The Alabama Center for Commerce
>401 Adams Avenue, Suite 780
>Montgomery, AL 36104
>Telephone: (334) 956-7700
>Facsimile: (334) 956-7701
>Email: gparker@bradleyarant.com