**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| TAMMY ALEXANDER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:05-cv-00797-MHT-CSC |
| | ) |
| CAPTAIN D's, LLC, | ) |
| | ) |
|     Defendant. | ) |

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant **Captain D's, LLC** request that the following voir dire questions be propounded to the jury venire:

### I. GENERAL BACKGROUND OF JURORS

1. Do you know any of the other persons on the jury panel – any prior contact at all with them either as friends, neighbors, church members, co-workers or relatives?

2. Have you ever been a witness in a lawsuit? What was involved in that case? What was the outcome of that case? Did you think it was a fair result? Who was the lawyer in the case?

3. Have you or a member of your immediate family or close friend ever filed a lawsuit. If so, please describe any such lawsuit and how it was resolved.

4. Have you or a member of your immediate family or a close friend ever complained of or consumed a foreign object at a restaurant of any sort?

5. Do any of you have any legal training or employment experience related to the legal profession? If so, please tell us generally the nature of the employment or training, the location, and when the training or employment took place.

6. Have you ever worked for a lawyer, a law firm, or in any courthouse?

7. Do you have any friends or relatives who are attorneys or who work for a lawyer, a law firm, or in a courthouse?

8. Have any of you held a position as an officer in a volunteer or civic organization?

9. Is there anything that might in any way interfere with your ability to hear or see the witnesses in this case or to pay very close attention to the evidence and testimony presented in the courtroom?

## II. THE PARTIES / LAWYERS / WITNESSES

10. The plaintiff in this case is Tammy Alexander. Do any of you or your family members know her or any members of her family? If so, please describe the circumstances.

11. The plaintiff in this case is represented by Ben Farrow of Montgomery, Alabama. Do any of you, your family members, or acquaintances know Mr. Farrow or anyone in his law firm – The Anderson Law Firm? If so, please explain. Have you or anyone in your family been represented by Ben Farrow or any attorney who worked in his office?

12. The Defendant in this case is Captain D's, LLC. Have you or any immediate members of your family ever worked for Captain D's, LLC? If so, state:

a) The name and relationship of the immediate family member, if

      applicable;

  b) The dates of such employment;

  c) The place/location of such employment; and

  d) The job title and duties.

13. Does anyone here have any strong feelings (either positive or negative) about Captain D's?

14. Do you know or have you ever heard of any of the following individuals who may testify in this case:

  a) Tammy Alexander

  b) Edward Alexander

  c) Demetria Boyd

  d) Delois Boyd

  e) Izora Hines

  f) Larry Sanders

  g) Shaquanta Pinkston

  h) Arteshia Hudson

  i) Lois Dorough

  j) Sheila Moses

  k) Dr. Jesse W. Austin

  l) Dr. McLemore

  m) Dr. W. Penn White

  n) Pamela B. Newman

  o) Carolyn Adams

## III. THE LAWSUIT

15.  The Plaintiff in this case claims that she was served sweet tea that contained bleach.  Captain D's denies this allegation and contests that the Plaintiff was damaged if she in fact was served bleach.  Based on that information about this case, do you think that it would be difficult for you to be completely fair and impartial to both sides if you sit on a jury in this case?

16.  Does the fact that the Defendant, Captain D's, is a business, rather than an individual, make it difficult for any of you to be completely impartial if you sit as a juror at the trial of this case?

17.  If individuals employed by Captain D's testified in this case, would you disbelieve their testimony simply because they work at Captain D's?

18.  Do you understand that you are to decide the case based upon the evidence rather than a feeling of sympathy?

19.  Do you agree that the parties are entitled to have jury decide the case only on the facts presented, regardless of any feelings of sympathy for the plaintiff in this case?

20.  Do any of you feel that just because a plaintiff files a lawsuit and the case goes to trial that she should be entitled to something?

21.  Is there any feeling among you that the mere fact of filing a lawsuit indicates that there is some merit to the plaintiff's case?

22.  Is there anyone here who thinks that all plaintiffs are entitled to punitive

damages?

23. Is there anyone who has a bias or prejudice against companies in general that might cause you to tip the balance in favor of an individual plaintiff, simply because you dislike companies?

24. Is there anything you can think of that would make it difficult for you to be completely fair and impartial in this case?

25. Will each of you promise that you will not decide this case until you have heard all of the evidence, both sides of this story?

          Respectfully submitted,

          s/George R. Parker
          Charles A. Stewart III (STE067)
          Angela R. Rogers (RAI017)
          George R. Parker (PAR086)
          Bradley Arant Rose & White LLP
          Alabama Center for Commerce
          401 Adams Avenue, Suite 780
          Montgomery, AL 36104
          Telephone: (334) 956-7700
          Facsimile: (334) 956-7701

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18th, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Benjamin H. Farrow
      The Anderson Law Firm
      7515 Halcyon Pointe Drive
      Montgomery, AL  36117

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: not applicable.

            s/ George R. Parker
            George R. Parker (PAR086)
            Bradley Arant Rose & White LLP
            The Alabama Center for Commerce
            401 Adams Avenue, Suite 780
            Montgomery, AL 36104
            Telephone: (334) 956-7700
            Facsimile: (334) 956-7701
            Email: gparker@bradleyarant.com