IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv797-MHT |
| | ) | |
| CAPTAIN D'S, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that plaintiff's objection (doc. no. 28) is set for submission, without oral argument, on September 29, 2006, with all briefs due by said date.

DONE, this the 19th day of September, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**