IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv797-MHT |
| | ) | |
| CAPTAIN D'S, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that motions in limine (doc. no. 30) are set for submission, without oral argument, on September 29, 2006, with all briefs due by said date.

DONE, this the 21st day of September, 2006.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE