**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| TAMMY ALEXANDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.2:05-cv-00797-MHT-CSC |
| | ) |
| CAPTAIN D's LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF SUBPOENAS

Plaintiff, pursuant to Rule 45 of the Federal Rules of Civil Procedure, hereby gives notice that she has issued the attached subpoenas to Shaquanta Pinkston and Lois Dorough.

s/ Benjamin H. Farrow

**BENJAMIN H. FARROW**
**Bar Number: ASB-4752-O74B**
**Attorney for Plaintiff**
**The Anderson Law Firm, L.L.C.**
**7515 Halcyon Pointe Drive**
**Montgomery, AL 36117**
**Telephone: (334) 272-9880**
**Fax: (334) 272-2551**
**E-mail: bfarrow@theandersonlawfirm.com**

OF COUNSEL:

**THE ANDERSON LAW FIRM, LLC**
7515 Halcyon Pointe Drive
Montgomery, AL 36117
(334) 272-9880

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date mailed a true and correct copy of the foregoing to the following counsel of record at his proper mailing address by depositing a copy of same in the United States Mail, First Class, postage prepaid and affixed thereto; this the 25th day of September, 2006.

Angela R. Rogers
George Parker
Charles A. Stewart
Bradley Arant Rose & White LLP
Alabama Center of Commerce
401 Adams Av., Ste. 780
Montgomery, Alabama 36104

                                                s/ Benjamin H. Farrow

**BENJAMIN H. FARROW**
**Bar Number: ASB-4752-O74B**
**Attorney for Plaintiff**
**The Anderson Law Firm, L.L.C.**
**7515 Halcyon Pointe Drive**
**Montgomery, AL  36117**
**Telephone:  (334) 272-9880**
**Fax:  (334) 272-2551**
**E-mail:  bfarrow@theandersonlawfirm.com**