IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# MONTGOMERY CIVIL JURY TERM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMMENCING MONDAY, OCTOBER 2, 2006, AT 10:00 AM\***
**COURTROOM 2FMJ**

## Judge Myron H. Thompson, Presiding

---

\*ALL juries will be selected on Monday, OCTOBER 2, 2006, with individual trials commencing thereafter as scheduled. This docket is merely a listing of cases currently on the docket and does not reflect trial order.

U.S. District Court
Alabama Middle District
Calendar Events Set For 10/2/2006

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

Jury Selection/Trial

---

10:00 AM

2:05-cv-00797-MHT-CSC Alexander v. Captain D's, LLC

Benjamin H. Farrow representing Tammy Alexander (Plaintiff)

Angela Raines Rogers and Charles Andrew Stewart III and George Robert Parker representing Captain D's, LLC (Defendant)

U.S. District Court
Alabama Middle District
Calendar Events Set For 10/2/2006

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

Jury Selection/Trial

10:00 AM

2:05-cv-00513-MHT-CSC Cabbil v. State of Alabama Department of Transportation et al

Russell Wayne Adams representing Tony Cabbil (Plaintiff)

Andrew Weldon Redd and George Robert Prescott Jr. and Harry A. Lyles and Jim R. Ippolito Jr. representing State of Alabama Department of Transportation & Joes McInnes

U.S. District Court
Alabama Middle District
Calendar Events Set For 10/2/2006

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

Jury Selection/Trial

10:00 AM

2:05-cv-00700-MHT-VPM Williams v. Town of White Hall, Alabama et al

George E. Jones, III representing Cedric R. Williams (Plaintiff)

Collins Pettaway, Jr and Julie D. Pearce and Prince Darius Chestnut representing Town of White Hall, Alabama , Sellers Day Care, Inc. and White Hall Bingo Commission(Defendants)

Julie D. Pearce and Mary Elizabeth Mcintyre and Ralph Dewar Gaines III representing Freedom Trail Ventures, Limited & Chad Dickie(Defendants)